**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06CR00463-016** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ORLANDO MONROE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on October 3, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Dennis G. Terez.

The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on August 15, 2016 [Doc. 694].  No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following term of supervision had been violated:

      1) new law violation incurred July 22, 2016.

The Court found the violation to be Grade A and that defendant was a Criminal History Category of VI.

The Court, upon consideration of statements made by counsel and the 3553(a) factors, sentenced defendant to 12 months and 1 day of incarceration with credit for time served in Oriana House placement.  Upon release from incarceration defendant placed on supervised

release for a period of 12 months under the conditions previously imposed.

    Defendant shall self report to the Office of the U.S. Marshal to commence sentence on November 21, 2016 at 12:00 p.m., or as otherwise directed by the Bureau of Prisons.

    IT IS SO ORDERED.


Dated: October 4, 2016                       *s/    James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE